# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § <br> **Plaintiff** § <br> § <br> **v** § <br> § <br> **GURNAIB SINGH SIDHU** § <br> **Defendant** § <br> § | **CRIMINAL DOCKET** <br> **4:17-CR-00290-2** |

# ORDER ON
# DEFENDANT'S MOTION FOR NOTICE BY THE GOVERNMENT PURSUANT TO RULE 12 OF ITS INTENTION TO USE SPECIFIC <u>EVIDENCE ARGUABLY SUBJECT TO SUPPRESSION</u>

On this, the _____ of _____, 2017 was heard Defendant's
   Motion. This Motion is:

GRANTED/DENIED

 

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS